JTK,JURY

# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CIVIL DOCKET FOR CASE #: 4:19−cv−00606−DPM

Williams v. JEI Trucking LLC et al  
Assigned to: Chief Judge D. P. Marshall Jr.  
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 08/29/2019  
Jury Demand: Defendant  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Justin Williams**  
*Individually and on Behalf of All Others Similarly Situated*

represented by **Joshua Sanford**  
Sanford Law Firm  
One Financial Center  
650 South Shackleford  
Suite 411  
Little Rock, AR 72211  
501−221−0088  
Fax: 888−787−2040  
Email: josh@sanfordlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen Rauls**  
Sanford Law Firm  
One Financial Center  
650 South Shackleford  
Suite 411  
Little Rock, AR 72211  
501−221−0088  
Fax: 888−787−2040  
Email: steve@sanfordlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JEI Trucking LLC**

represented by **JEI Trucking LLC**  
PRO SE

**Daniel Reece Owens**  
Barber Law Firm PLLC  
425 West Capitol Avenue  
Suite 3400  
Little Rock, AR 72201  
501−372−6175  
Fax: 501−375−2802  
Email: rowens@barberlawfirm.com  
*TERMINATED: 03/31/2020*  
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Samuel Brent Wakefield**<br>Barber Law Firm PLLC<br>425 West Capitol Avenue<br>Suite 3400<br>Little Rock, AR 72201<br>501−372−6175<br>Fax: 501−375−2802<br>Email: brent.wakefield@barberlawfirm.com<br>*TERMINATED: 03/31/2020*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Steven Nason** | represented by | **Steven Nason**<br>PRO SE |
|---|---|---|
|  |  | **Daniel Reece Owens**<br>(See above for address)<br>*TERMINATED: 03/31/2020*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samuel Brent Wakefield**<br>(See above for address)<br>*TERMINATED: 03/31/2020*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Starr Oilfield Services LLC** | represented by | **Richard C. Downing**<br>James House Downing & Lueken, P.A.<br>Post Office Box 3585<br>Little Rock, AR 72203−3585<br>501−372−6555<br>Fax: 501−372−6333<br>Email: rcdowning@jamesandhouse.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2019 | Ï 1 | COMPLAINT against All Defendants, filed by Justin Williams. Fee of $400 paid. Receipt Number LIT073670. Summons issued. (Attachments: # 1 Civil Cover Sheet)(kdr) (Entered: 08/29/2019) |
| 09/09/2019 | Ï 2 | SUMMONS Returned Executed by Justin Williams. Starr Oilfield Services LLC served on 9/5/2019. (Sanford, Joshua) (Entered: 09/09/2019) |
| 09/24/2019 | Ï 3 | NOTICE of Appearance by Richard C. Downing on behalf of Starr Oilfield Services LLC (Downing, Richard) (Entered: 09/24/2019) |
| 09/25/2019 | Ï 4 | CLERK'S ORDER granting Starr Oilfield Services LLC a 10 day extension to file a responsive pleading to Plaintiff's Complaint. Signed at the Direction of the Court on 9/25/2019. (jak) (Entered: 09/25/2019) |

| | | |
|---|---|---|
| 10/07/2019 | Ï 5 | MOTION to Dismiss *Motion to Dismiss and Alternative Request to Transfer Pursuant to 28 U.S.C.1404(a)* by Starr Oilfield Services LLC (Downing, Richard) (Entered: 10/07/2019) |
| 10/07/2019 | Ï 6 | BRIEF IN SUPPORT re 5 Motion to Dismiss *Motion to Dismiss and Alternative Request to Transfer Pursuant to 28 U.S.C.1404(a)* filed by Starr Oilfield Services LLC. (Downing, Richard) (Entered: 10/07/2019) |
| 10/16/2019 | Ï 7 | MOTION to Transfer Case by Justin Williams (Sanford, Joshua) (Entered: 10/16/2019) |
| 10/18/2019 | Ï 8 | ORDER denying without prejudice as moot 5 Motion. 7 Motion to transfer will hang fire. JEI Trucking and Nason must respond to the joint motion when they answer. Williams must serve the motion on them when he serves them with the summons and complaint, or now, if process has already been served. Signed by Chief Judge D. P. Marshall Jr. on 10/18/2019. (jak) (Entered: 10/21/2019) |
| 11/15/2019 | Ï 9 | MOTION to Extend Time *for Service of Process* by Justin Williams (Sanford, Joshua) (Entered: 11/15/2019) |
| 11/15/2019 | Ï 10 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER: Motion, *No. 9*, granted as modified. Williams must complete service of Nason and JEI Trucking by 15 January 2020. Signed by Chief Judge D. P. Marshall Jr. on 11/15/2019. (slb) (Entered: 11/15/2019) |
| 01/15/2020 | Ï 11 | Second MOTION to Extend Time *for Service of Process* by Justin Williams (Sanford, Joshua) (Entered: 01/15/2020) |
| 01/16/2020 | Ï 12 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER: Motion, *No. 11*, granted as modified. Williams must complete service on Nason and JEI Trucking by 15 February 2020. Signed by Chief Judge D. P. Marshall Jr. on 01/16/2020. (crw) (Entered: 01/16/2020) |
| 01/27/2020 | Ï 13 | NOTICE of Appearance by Daniel Reece Owens on behalf of JEI Trucking LLC, Steven Nason (Owens, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 14 | ANSWER to 1 Complaint with Jury Demand by JEI Trucking LLC, Steven Nason.(Owens, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 15 | RESPONSE to Motion re 7 MOTION to Transfer Case *Joint* filed by JEI Trucking LLC, Steven Nason. (Owens, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 16 | Corporate Disclosure Statement (Rule 7.1) by JEI Trucking LLC (Owens, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 17 | NOTICE of Appearance by Samuel Brent Wakefield on behalf of JEI Trucking LLC, Steven Nason (Wakefield, Samuel) (Entered: 01/27/2020) |
| 01/29/2020 | Ï 18 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER: Response, *No. 15*, appreciated. The embedded request to hold this case in abeyance is granted. Joint status report due by 30 March 2020. Signed by Chief Judge D. P. Marshall Jr. on 1/29/2020. (slb) (Entered: 01/29/2020) |
| 02/14/2020 | Ï 19 | Third MOTION to Extend Time *for Service of Process* by Justin Williams (Sanford, Joshua) (Entered: 02/14/2020) |
| 02/18/2020 | Ï 20 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER:Motion, *No. 19*, granted as modified. Williams must complete service on Nason by 18 March 2020. Signed by Chief Judge D. P. Marshall Jr. on 2/18/2020. (slb) |

| | | |
|---|---|---|
| | | (Entered: 02/18/2020) |
| 03/18/2020 | Ï 21 | MOTION for Service by Publication *and Motion for Extension of Time to Serve* by Justin Williams (Attachments: # 1 Exhibit Declaration of Attorney Josh Sanford, # 2 Exhibit Declaration of Dawn Brownfield, # 3 Exhibit Declaration of Gary Tramel, # 4 Exhibit Proposed Warning Order)(Sanford, Joshua) (Entered: 03/18/2020) |
| 03/20/2020 | Ï 22 | ORDER granting 21 motion for service as modified. Signed by Chief Judge D. P. Marshall Jr. on 3/20/2020. (ljb) (Entered: 03/20/2020) |
| 03/27/2020 | Ï 23 | MOTION to Withdraw by JEI Trucking LLC (Wakefield, Samuel) (Entered: 03/27/2020) |
| 03/30/2020 | Ï 24 | STATUS REPORT *(Joint)* by Justin Williams. (Sanford, Joshua) (Entered: 03/30/2020) |
| 03/31/2020 | Ï 25 | ORDER: The Court appreciates 24 status report. 23 Arkansas counsel's motion to withdraw is granted. 7 unopposed motion to transfer is granted. The Court directs the Clerk to transfer this case to the Northern District of Oklahoma now, rather than waiting the usual 30 days. Signed by Chief Judge D. P. Marshall Jr. on 03/31/2020. (ajt) (Entered: 03/31/2020) |