IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**JUSTIN WILLIAMS, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    Case No. 4:20-CV-137-TCK-JFJ

**JEI TRUCKING, LLC, STEVEN NASON**                    **DEFENDANTS**
**and STARR OILFIELD SERVICES, LLC**

## <u>NOTICE OF SETTLEMENT</u>

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted in this lawsuit. The parties are in the process of finalizing settlement documents and expect to file a Joint Stipulation of Dismissal with Prejudice within thirty (30) days from the filing of this Notice of Settlement. Plaintiff respectfully requests that all deadlines be stayed while the parties finalize their settlement.

Respectfully submitted,

**PLAINTIFF JUSTIN WILLIAMS**

Charles C. Vaught
Okla. Bar No. 19962
ARMSTRONG & VAUGHT, PLC
2727 East 21st Street, Suite 505
Tulsa, Oklahoma 74114
Telephone: (918) 582-2500
Facsimile: (918) 583-1755
cvaught@a-vlaw.com

Courtney Lowery
Ark. Bar No. 2019236
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
courtney@sanfordlawfirm.com