IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JUSTIN WILLIAMS, Individually and on Behalf of all Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 20-CV-137-TCK-JFJ |
| v. | ) ) | |
| JEI TRUCKING LLC, STEVEN NASON and STARR OILFIELD SERVICES LLC, | ) ) ) | |
| Defendants, | ) | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (Doc. 81) filed by Plaintiff Justin Williams and Defendants JEI Trucking, LLC and Steven Nason (collectively "JEI"). Defendant Starr Oilfield Services, LLC declined to join in the motion. In the motion, the parties advise that Plaintiff and JEI have reached an agreement that resolves all claims, and that the parties believe their agreement is fair and reasonable and an adequate compromise of a bona fide dispute. They seek dismissal pursuant to Fed. R. Civ. P. 41(a)(2), which provides that an action may be dismissed at the plaintiff's request by court order, on terms the court considers proper.

Although defendant Starr Oilfield Services, LLC declined to join in the motion, no objection to the Motion to Dismiss has been filed. Accordingly, the Joint Motion to Dismiss with Prejudice is hereby granted, and this case is dismissed with prejudice.

ENTERED this 3rd day of January, 2022.

TERENCE C. KERN
United States District Judge